UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| TEKNOR APEX COMPANY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>HARTFORD ACCIDENT & INDEMNTIY )<br>COMPANY; HARTFORD FIRE INSURANCE )<br>COMPANY; and TRAVELERS CASUALTY )<br>& SURETY COMPANY, )<br>)<br>Defendants. )<br>) | C.A. No. 12-417 S |

## ORDER

On December 14, 2012, United States Magistrate Judge Lincoln D. Almond issued a Report and Recommendation (ECF No. 32) in the above-captioned matter. Because neither party filed any objection, this Court now accepts that Report and Recommendation pursuant to 28 U.S.C. § 636(b)(1). Defendants' Motion to Dismiss or Stay Proceedings (ECF No. 17) is DENIED, and Plaintiff's Motion for Leave to File Amended Complaint (ECF No. 18) is DENIED without prejudice.

IT IS SO ORDERED.

/s/ WSmith
William E. Smith
United States District Judge
Date: 1/11/13

1